■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEIBIN RODRIGUEZ, Appellant. [25 NYS3d 597]—

Judgment, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered July 11, 2011, convicting defendant, after a jury trial, of assault in the first degree, and sentencing him to a term of five years, unanimously affirmed.

The court properly denied defendant's challenge for cause. The only ground for the challenge was that the prospective juror had expressed difficulty in keeping an open mind. However, the court carefully elicited an assurance from the panelist that he would keep an open mind and not decide the case until jury deliberations. The court, which had the opportunity to observe the panelist's demeanor, properly concluded, from the totality of his responses, that he could serve impartially (*see People v Shulman*, 6 NY3d 1, 10 [2005], *cert denied* 547 US 1043 [2006]). Defendant's remaining arguments for disqualifying the panelist are unpreserved and we decline to review them in the interest of justice. As an alternative holding, we find them unavailing. Concur—Mazzarelli, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ.